UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                      Case No. 10-CR-0061 (PJS/AJB)

Clayton Craig Hogeland, et al.,

        Defendants.

_____

United States of America,

        Plaintiff,

v.                                      Case No. 10-CR-0070  (DWF)

William Gregory Braswell,

        Defendant.

_____

United States of America,

        Plaintiff,

v.                                      Case No. 10-CR-0071  (MJD)

Carl Frey,

       Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

---

       Case No. 10-CR-0061 (PJS/AJB) having been assigned to Judge Patrick J. Schiltz, Case No. 10-CR-0070 (DWF) having later been assigned to Judge Donovan W. Frank, and Case No. 10-CR-0071 (MJD) having later been assigned to Chief Judge Michael J. Davis, said matters being related cases,

       **IT IS HEREBY ORDERED** that Case Nos. 10-CR-0070 (DWF) and 10-CR-0071 (MJD) be assigned to Judge Patrick J. Schiltz, nunc pro tunc, by use of a card for each case on the Criminal List of the automated case assignment system.  The Clerk of Court is directed to reuse a card for each case on the same list pursuant to the Court's Assignment of Cases Order filed December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: March 23, 2010         s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge

Dated: March 29, 2010         s/Donovan W. Frank
                              Donovan W. Frank
                              United States District Judge

Dated: March 31, 2010         s/Michael Davis
                              Michael J. Davis
                              United States District Chief Judge